UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE BERMUDEZ,

Plaintiff(s),

v.

LOOP AMERICA INC.,

Defendant(s).

Case No. 4:26-cv-02724-HSG

**SECOND AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**

(CIVIL LOCAL RULE 11-3)

I, John Patrick Campbell, an active member in good standing of the bar of New Jersey and New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Loop America Inc. in the above-entitled action. My local co-counsel in this case is Batya Floryn Forsyth, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 192396.

| | |
|---|---|
| 220 Park Avenue<br>PO Box 991<br>Florham Park, NJ 07932 | 425 Market Street<br>26th Floor<br>San Francisco, CA 94105-2173 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 973-539-1000 | 415-777-3200 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jpc@spsk.com | bforsyth@hansonbridgett.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NJ 020442001 NY 2210214.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2026

/s/John Patrick Campbell

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Patrick Campbell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/4/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

# Supreme Court of New Jersey

# Certificate of Good Standing

*This is to certify that* **JOHN PATRICK CAMPBELL** *(No.* **020442001** *) was constituted and appointed an Attorney at Law of New Jersey on* **November 15, 2001** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 16th day of July, 2026.*

Heather J. Baker

*Clerk of the Supreme Court*

EXCELSIOR

# Appellate Division of the Supreme Court
# of the State of New York
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## John Patrick Campbell

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 30, 2002**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

SUPREME COURT APPELLATE DIVISION • THIRD DEPARTMENT •

In Witness Whereof, I have hereunto set my hand in the City of Albany on July 16, 2026.

Robert D Mayberger

Clerk of the Court

CertID-00299889